IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                     Case No. 4:10-cr-152-DPM

RICHARD HAMILTON                                            DEFENDANT

ORDER

The government's motion to continue the sentencing, *Document No. 35*, is granted for good cause shown. The Court will sentence Mr. Hamilton on 27 July 2011 at 2:00 P.M. in Courtroom B155 at the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2011