IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:10-cr-152-DPM

RICHARD HAMILTON                                                      DEFENDANT

FINAL ORDER OF FORFEITURE

On 17 March 2011, this Court entered a Preliminary Order of Forfeiture ordering Hamilton to forfeit his interest in one Compaq Presario desktop computer, bearing serial number CNH7030D1K, and one Sony 2gb thumb-drive.  The Order provided that it would become final as to Hamilton at sentencing and would become a final order of forfeiture if no third party filed a timely claim to the property.  *Document No. 25, at 2–3.*  The Court has sentenced Hamilton; and no one has filed a claim to the Compaq Presario desktop computer or to the Sony 2gb thumb-drive.  The preliminary order of forfeiture has therefore ripened into this final order of forfeiture.  Motion, *Document No. 42,* granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

*14 Sept. 2011*